UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| APPOLO FUELS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-CV-467 |
| v. ) | (CALDWELL/SHIRLEY) |
| ) | |
| CLAIBORNE HEAVY HAULING, LLC, ) | |
| CLAIBORNE CONTRACTORS, LLC, and ) | |
| TODD T. CLAIBORNE, d/b/a/ ) | |
| CLAIBORNE CONTRACTORS, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The parties appeared for a telephone conference on April 16, 2014, to address discovery disputes. Attorney W. Edward Shipe appeared on behalf of the Plaintiff. Attorney J. Nikki Price appeared on behalf of the Defendants.

The Plaintiff initiated the hearing based upon the Defendants' failure to respond to the Plaintiff's Second Set of Interrogatories and Requests for Production. After hearing and considering the arguments from each party, the Court agreed to reset several of the dates and deadlines presently set forth in this case. The following dates and deadlines are reset as follows:

    (1) The Defendants have until April 23, 2014, to fully respond to the Plaintiff's second set of interrogatories;

    (2) The Defendants have until April 30, 2014, to fully respond to the Plaintiff's second request for production of documents;

    (3) The deadline for filing motions to compel is May 15, 2014;

    (4) The Plaintiff has until May 30, 2014, to respond to the Defendants' motion for summary judgment; and

1

(5) The parties have until June 16, 2014, to file their final witness and exhibit list disclosures.

In addition, because the above deadlines have been extended as a result of the Defendants' failure to respond in a timely manner to Plaintiff's discovery requests, the Plaintiff is now in the position where it will have to obtain deposition transcripts in an expedited manner in order to properly respond to the Defendants' motion for summary judgment. Accordingly, the Defendants **SHALL** pay the difference in cost between the normal price for obtaining a transcript and the expedited price.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge