UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENESSEE
AT KNOXVILLE

| | |
|---|---|
| Appolo Fuels, Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No.: 3:11-cv-00467-PLR-CCS |
| Claiborne Heavy Hauling, LLC, Claiborne Contractors, LLC, and Todd Claiborne, all D/B/A Claiborne Contractors, | ) |
| *Defendants*. | ) |

## Judgment Order

Upon consideration of the evidence produced at the nonjury trial held July 15-18, 2014, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **Ordered** that Appolo Fuels, Inc. recover from defendants Claiborne Heavy Hauling, LLC, Claiborne Contractors, LLC, and Todd Claiborne damages in the amount of $579,293.99 plus costs of this action and attorney fees, the amount to be determined by further order of the Court.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**